# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRENT B. GOLDEN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. CIV-13-395-M |
| ) | |
| RICK FORD, ) | |
| ) | |
| Respondent. ) | |

## ORDER

On June 28, 2013, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. The Magistrate Judge recommended that respondent's motion to dismiss be granted and that the petition be dismissed with prejudice. The parties were advised of their right to object to the Report and Recommendation by July 18, 2013. On July 11, 2013, petitioner filed his objection.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 14] issued by the Magistrate Judge on June 28, 2013;

(2) GRANTS respondent's Motion to Dismiss Petition for Writ of Habeas Corpus as Time Barred by the Statute of Limitations [docket no. 11], and

(3) DISMISSES petitioner's petition for writ of habeas corpus with prejudice.

**IT IS SO ORDERED this 17th day of July, 2013.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE